UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE FIGUEROA, on behalf of himself and all others similarly situated,

                Plaintiffs,

-against-

GEMINI TRUST COMPANY, LLC,

                Defendant.

Case No. 1:19-cv-03163-AJN

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            June 14, 2019

                                        Respectfully submitted,

                                        */s/ Joseph H. Mizrahi*
                                        Cohen & Mizrahi LLP
                                        *Attorneys for Plaintiff*